# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DONALD MARTIN, ) | |
| ) | 1:18-cv-03783 |
| Plaintiff, ) | |
| ) | Judge Bucklo |
| v. ) | Magistrate Judge Finnegan |
| ) | |
| CT CREDIT BUREAU, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF JUDGMENT

NOW COMES the Plaintiff, DONALD MARTIN, by and through his attorneys, SMITHMARCO, P.C., and hereby moves this Honorable Court to enter judgment in favor of the Plaintiff. In support hereof, Plaintiff states as follows:

1. Defendant was served on August 24, 2018. (See Doc #10).

2. An answer or other responsive pleading was due on or before September 14, 2018.

3. On, October 1, 2018 this Honorable Court held Defendant in default and set the matter for hearing to enter judgment on October 31, 2018. (See Doc #16).

4. On October 31, 2018, counsel for Plaintiff appeared and presented the attached documents in support of its motion, including an affidavit of Plaintiff and an affidavit from each of the attorneys that worked on the case to support fees.

WHEREFORE, Plaintiff, DONALD MARTIN, moves this Honorable Court to enter judgment against Defendant, CT CREDIT BUREAU and in favor of Plaintiff in the amount of $5,000 plus $5,016.34 in attorney fees and costs, for a total judgment of $10,016.34.

Respectfully submitted,
**DONALD MARTIN**

By: ___s/ David M. Marco___

Attorney for Plaintiff

Dated: October 31, 2018

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:	(312) 546-6539
Facsimile:	(888) 418-1277
E-Mail:	dmarco@smithmarco.com